Filed June 20, 1894.

---

No. 16,915.

CONZMAN, TREASURER, ETC., *v.* TERRE HAUTE BREWING COMPANY.

From the Vigo Circuit Court.

*A. G. Smith,* Attorney-General, and *S. R. Hamill,* for appellant.

COFFEY, J.—The legal question involved in this case, is the same as the principal question involved in the case of *Jones, Treas.,* v. *Rushville Nat'l Bank,* 138 Ind. 87, and upon the authority of that case, the judgment rendered herein is affirmed.

Filed May 29, 1894.